IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> vs.<br><br>CLIFFORD AIMSBACK,<br><br>        Defendant. | Cause No. CR-16-33-GF-BMM<br><br>**ORDER VACATING SUPPRESSION HEARING** |
|---|---|

  The Court having read Defendant's Motion to Vacate Suppression Hearing, and good cause shown,

  **IT IS HEREBY ORDERED** that the Suppression Hearing currently scheduled for Thursday, January 12, 2017, at 1:30 p.m. is VACATED.

  **IT IS FURTHER ORDERED** that the Hearing on Plaintiff's Motion in Limine regarding Victim's Character will still be heard on Thursday, January 12, 2017, at 1:30 p.m.

  DATED this 3rd day of January, 2017.

_____
Brian Morris
United States District Court Judge