# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD AIMSBACK,<br><br>Defendant. | **Case No. CR-16-33-GF-BMM**<br><br>**DECLARATION OF MISTRIAL** |

A jury trial commenced in this case on January 23, 2017. A mistrial was declared.

DATED this <u>25th</u> day of January, 2017.

_____
Brian Morris
United States District Court Judge

1